```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PAUL F. BEETZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3175 |
| | ) | |
| V. | ) | |
| | ) | |
| FORTIS BENEFITS INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon the joint oral motion of the parties,

IT IS ORDERED:

The deadline for filing the Rule 26(f) Report of Parties' Planning Conference is continued to September 25, 2007.

DATED this 19th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge