```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

PAUL F. BEETZ,                  )
                                )
           Plaintiff,           )           4:07CV3175
                                )
     v.                         )
                                )
FORTIS BENEFITS INSURANCE       )            ORDER
COMPANY,                        )
                                )
           Defendant.           )
                                )
```

IT IS ORDERED:

The joint oral motion of the parties is granted and the Rule 16 telephone planning conference is continued from January 8 to January 22, 2008 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 7th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge