```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PAUL F. BEETZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3175 |
| | ) | |
| v. | ) | |
| | ) | |
| FORTIS BENEFITS INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Counsel's motion to withdraw, filing 14, is granted, effective upon the filing of a certificate of service or affidavit indicating that the plaintiff has been served with a copy of this order.

2. Plaintiff is given 30 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in his behalf; (2) file a motion in this court for the appointment of counsel, setting forth his present financial status, and the reasons he believes counsel should be appointed; or (3) indicate, by pleading, that he will proceed in this case without counsel.  If none of these actions is taken within the next thirty days, this case will be subject to dismissal.

3.  The Rule 16 telephone planning conference is continued from January 22, 2008 to March 4, 2008 at 9:00 a.m.  Defendants' counsel shall initiate the call to chambers at 402-437-5235.

DATED this 18th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge