IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL F. BEETZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3175 |
| | ) | |
| v. | ) | |
| | ) | |
| FORTIS BENEFITS INSURANCE | ) | **MEMORANDUM** |
| COMPANY, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. The April 1, 2008 Rule 16 telephone planning conference is cancelled. Moreover, all other progression deadlines in this case are cancelled. This action is being taken due to the transfer of this case to the pro se docket. (Filing No. 20.) Magistrate Judge Piester will enter a new order progressing this case, the order will be the standard progression order used in pro se cases. The transfer of this case to the pro se docket does not change the assignment of the district court judge.

IT IS THEREFORE ORDERED that:

1. The April 1, 2008 Rule 16 telephone planning conference and all other current progression deadlines in this case are cancelled.

2. A new progression order will be entered in this case.

3. The Clerk of court is directed to send a copy of this Memorandum and Order to Judge Piester.

March 28, 2008. BY THE COURT:

*s/Richard G. Kopf*
United States District Judge