IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL F. BEETZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3175 |
| | ) | |
| v. | ) | |
| | ) | |
| FORTIS BENEFITS INSURANCE | ) | **MEMORANDUM** |
| COMPANY, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Enlargement of Time (filing no. 23), and Plaintiff's Motion to Withdrawal his Motion for Enlargement of Time (filing no. 24). Plaintiff's Motion to Withdrawal is granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Withdrawal his Motion for Enlargement of Time (filing no. 24) is granted.

2. Plaintiff's Motion for Enlargement of Time (filing no. 23) is denied as moot.[1]

April 28, 2008.                    BY THE COURT:

                        *s/Richard G. Kopf*
                        United States District Judge

---

[1] As a point of clarification, the court's Memorandum and Order (filing no. 31) amending the court's Progression Order, erroneously states that the matter before the court was Plaintiff's Motion for Enlargement of Time. The Memorandum and Order is actually in response to Defendant's Motion to Amend Progression Order (filing no. 27).